**Order entered February 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01148-CR
No. 05-12-01149-CR
No. 05-12-01150-CR

**KENTRAIL RAY MCCUIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **DENIES** as moot appellant's February 12, 2013 motion to extend time to file

his brief. We ordered the brief filed on our own motion as of February 13, 2013.


/s/     LANA MYERS
        JUSTICE